IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNIE RAY DAW,
SARAH LOUISE DAW,
CANDIDA ROSE DAW,
    Plaintiffs,

vs.                                      Case No. 3:11cv96/RV/EMT

DEPARTMENT OF CHILDREN
AND FAMILIES, et al.
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This matter is before the court on the motion for voluntary dismissal filed by Plaintiffs Ronnie Ray Daw and Sarah Louise Daw (doc. 22). The remaining Plaintiff, Candida Rose Daw, apparently wishes to pursue this action (*see* doc. 20).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiffs are automatically entitled to a voluntary dismissal at this time.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiffs Ronnie Ray Daw and Sarah Louise Daw's motion for voluntary dismissal (doc. 22) be **GRANTED** and that the docket reflect that these plaintiffs are no longer a party to this action.

At Pensacola, Florida, this 24th day of October 2011.

                                                /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**