IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNIE RAY DAW,
SARAH LOUISE DAW,
CANDIDA ROSE DAW,
    Plaintiffs,

vs.                                          Case No. 3:11cv96/RV/EMT

DEPARTMENT OF CHILDREN
AND FAMILIES, et al.
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 24, 2011 (doc. 24).  Plaintiffs' have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiffs Ronnie Ray Daw and Sarah Louise Daw's motion for voluntary dismissal (doc. 22) is **GRANTED** and the docket shall reflect that these Plaintiffs are no longer a party to this action.

    **DONE AND ORDERED** this 23rd day of November, 2011.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**