IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CANDIDA ROSE DAW,
    Plaintiff,

vs.                                      Case No.: 3:11cv96/RV/EMT

LOUANNE COWAN, ALISA FINCH,
and REBECCA WILLIAMS,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 27, 2013 (doc. 41). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because it fails to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of October, 2013.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**